No: 2:20-CV-00293

# Table of Content
02-28-2021

Please Document[s] as Evidence

1- Letter to Clerk of Court noting Errors, 2-pages
3. page[s] of notes dates, time & persons involved
2. Grievance[s] Step 1 & 2
3. Sick call[s]
2. I-60, Documenting grievance tracking

Robert Louis Parker Jr.
#01829950

NO. 2:20-CV-293

Robert Louis Parker Jr.                02-28-2021
# 01829950-4C-24
Willacy Unit
1695 South Buffalo Dr.
Raymondville, TX. 78580

TO: CLERK

On 02-23-2021 I received a few document from your office. 1st, was a MEMORANDUM AND RECOMMENDATION to DISMISS CERTAIN CLAIMS AND to RETAIN CASE, 2nd ORDER DIRECTING CLERK OF COURTS TO UPDATE AND ADD DEFENDANTS TO THE COURTS ELECTRONIC DOCKET, 3rd ORDER FOR SERVICE OF PROCESS.

PLEASE NOTE THAT ALL 3-three Documents are in ERROR:
By this I mean the officers name is wrong there is no officer Beerwood it is [EARWOOD] and should not be named a defendant, because he is standing in my defence [see attached document].
Also officer[S] Abbott, Burrego and Sgt. Roberts were the ones who denied me the opportunity to eat, note see attached document.

Next the officer[S] involved in denying me respite-
cont.

Were Sgt. Salinas, officer Madrigal, officer Cunningham Castro & Martinez

All of the aforementioned are in my initial filing yet here inclosed are ALL NOTES & Grievance Copies.

And copies of Sick Calls, were-in court documents state Medical Provider as Jane Doe or Assistant document have Name[S] of Medical Personal

Thank you for your time, consideration and corrections in this matter...

Robert L. Perk

"PLEASE Note that the grievance I filed step one and step two, I received both physical copies on 02-23-2021 Signed on 11-28-2020 by One T. Phillips.